MANATT, PHELPS & PHILLIPS, LLP
SUSAN HOLLANDER (Bar No. CA 133473)
Laura M. Franco (Bar No. CA 186765)
Gail I. Nevius Abbas (Bar No. CA 203784)
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:	(650) 812-1300
Facsimile:	(650) 213-0260

Attorneys For Plaintiff
Smith & Hawken, Ltd.

CYNTHIA G. ILIFF (Bar No. CA 149347)
Attorney at Law
P. O. Box 426
Poway, CA 92074
Telephone:	(858) 726-0422
Facsimile:	(858) 748-3486

Attorneys For Defendant
Lewis Lifetime Tools

**E-filed 8/1/05**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SMITH & HAWKEN, LTD.,<br><br>            Plaintiff,<br><br>vs.<br><br>LEWIS LIFETIME TOOLS,<br><br>            Defendant. | Case No. C-05-00900 JF<br><br>**STIPULATION AND ORDER TO STAY PROCEEDING PENDING RESOLUTION OF CONCURRENT TRADEMARK TRIAL AND APPEAL BOARD CANCELLATION PROCEEDING** |

    Plaintiff Smith & Hawken, Ltd. ("Plaintiff") and Defendant Lewis Lifetime Tools ("Defendant"), through their respective counsel, hereby stipulate as follows, pursuant to Local Civil Rule 7-12:

    1.    On or about December 13, 2004, Plaintiff filed a Notice of Cancellation with the United States Patent and Trademark Office, Trademark Trial and Appeal Board, commencing an

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20138018.1

Case No. C-05-00900 JF
STIPULATION AND ORDER
TO STAY ACTION

1  action to cancel Defendant's United States Trademark Registration No. 2,886,394 (the TTAB
2  Action").
3      2.   On or about January 24, 2005, Defendant filed and served its Answer to the
4  Petition to Cancel in connection with the TTAB Action.
5      3.   Since January, 2005, the parties have engaged in extensive discovery in connection
6  with the TTAB Action.
7      4.   On or about March 2, 2005, Plaintiff filed the Complaint herein, asserting causes
8  of action against Defendant for, among other things, trademark infringement and unfair
9  competition.  The Complaint herein also seeks to cancel Defendant's Trademark Registration No.
10  2,886,395.
11      5.   On or about June 7, 2005, Defendant answered the Complaint herein and asserted
12  counterclaims against Plaintiff for, among other things, trademark infringement and unfair
13  competition.
14      6.   On or about June 27, 2005, Plaintiff answered the counterclaims.
15      7.   To date, the parties herein have not engaged in discovery in this action.
16      8.   Accordingly, the parties hereby agree to stay the action pending before this Court
17  pending a final resolution of the TTAB Action.
18      9.   The parties have not previously sought similar relief in this action.

Dated:   July 18, 2005                                  Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP                 CYNTHIA G. ILIFF

BY: _____              /s/ Cynthia G. Iliff
     Susan E. Hollander
     Laura M. Franco                            P. O. Box 426
     Gail I. Nevius Abbas                       Poway, CA 92074
Manatt Phelps & Phillips, LLP                   (858) 726-0422 (Tel)
1001 Page Mill Road, Bldg. 2                    (858) 748-3486 (Fax)
Palo Alto, California 94304
Tel:   (650) 812-1300                           *Attorneys for Defendant*
Fax:   (650) 213-0260                           LEWIS LIFETIME TOOLS

*Attorneys for Plaintiff*
SMITH & HAWKEN, LTD

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Susan E. Hollander hereby attests that concurrence in the filing of this document has been obtained.*

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20138018.1                               2                CASE NO. C-05-00900 JF
                                                          STIPULATION AND ORDER
                                                          TO STAY ACTION

1    10.    action to cancel Defendant's United States Trademark Registration No. 2,886,394 (the TTAB Action").

2    11.    On or about January 24, 2005, Defendant filed and served its Answer to the Petition to Cancel in connection with the TTAB Action.

3    12.    Since January, 2005, the parties have engaged in extensive discovery in connection with the TTAB Action.

4    13.    On or about March 2, 2005, Plaintiff filed the Complaint herein, asserting causes of action against Defendant for, among other things, trademark infringement and unfair competition.  The Complaint herein also seeks to cancel Defendant's Trademark Registration No. 2,886,395.

5    14.    On or about June 7, 2005, Defendant answered the Complaint herein and asserted counterclaims against Plaintiff for, among other things, trademark infringement and unfair competition.

6    15.    On or about June 27, 2005, Plaintiff answered the counterclaims.

7    16.    To date, the parties herein have not engaged in discovery in this action.

8    17.    Accordingly, the parties hereby agree to stay the action pending before this Court pending a final resolution of the TTAB Action.

9    18.    The parties have not previously sought similar relief in this action.

Dated:   July 25, 2005                                                    Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP        CYNTHIA G. ILIFF

BY:  /s/Susan E. Hollander
     Susan E. Hollander
     Laura M. Franco                    P. O. Box 426
     Gail I. Nevius Abbas             Poway, CA 92074
Manatt Phelps & Phillips, LLP          (858) 726-0422 (Tel)
1001 Page Mill Road, Bldg. 2           (858) 748-3486 (Fax)
Palo Alto, California 94304
Tel:   (650) 812-1300                  *Attorneys for Defendant*
Fax:   (650) 213-0260                 LEWIS LIFETIME TOOLS

*Attorneys for Plaintiff*
SMITH & HAWKEN, LTD

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20138018.1                 3              CASE NO. C-05-00900 JF
STIPULATION AND ORDER
TO STAY ACTION

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.  Case Management Conference is continued to October 7, 2005 at 10:30 AM.

2  Dated: 7/29/05

4  /s/electronic signature authorized
   _____
   Hon. Jeremy Fogel
5  United States District Judge

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Palo Alto

20138018.1

4

CASE NO. C-05-00900 JF
STIPULATION AND ORDER
TO STAY ACTION