1  CYNTHIA G. ILIFF (Bar No. CA 149347)　　　　　　　　　　**E-filed 10/5/05**
　　Attorney at Law
2  P.O. BOX 426
　　POWAY, CA 92074
3  (858) 726-0422 Tel
　　(858) 748-3486
4

5  Attorney for Plaintiff Lewis Lifetime Tools

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| SMITH & HAWKEN, LTD., | Case No.: C-05-00900 JF |
| Plaintiff, | **MOTION OF DEFENDANT'S COUNSEL TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE** |
| vs. | |
| LEWIS LIFETIME TOOLS, | Conf. date:  October 7, 2005 |
| Defendant. | Time:         10:30 a.m. |
| | Court Room: #3, 5th Floor |

　　　　Pursuant to Local Rule 16.10(a) and as lead counsel for Defendant Lewis Lifetime Tools, I hereby make this motion to appear at the Case Management Conference scheduled for October 7, 2005 by telephone based on the following facts:

　　　　I am a sole practitioner and my office is located in San Diego County, California, which is also the principal place of business for Defendant Lewis Lifetime Tools. I originally planned to be in the Bay Area on October 7, 2005 and appear at the Conference in person. My son is out of school and we planned to meet relatives in Santa Cruz, California during that time who could watch him while I attended the Conference on October 7, 2005.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　1　　　　　　　Case No.C-05-00900 JF
　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANT'S MOTION TO APPEAR AT
　　　　　　　　　　　　　　　　　　　　　　　CASE MANAGEMENT CONFERENCE BY TELEPHONE

1  However, I learned late last week that our relatives will now be in the Southern
2  California area on October 7, 2005 and, thus, we will not be traveling to the Bay Area as
3  planned.  I therefore respectfully request to appear at the Conference by telephone from my
4  office in San Diego on October 7, 2005 so that I can leave for vacation with relatives in
5  Southern California later that day.  I will be telephoning from my regular office and will be
6  available to participate fully and without interruption.

8  Date: September 29, 2005

9                    Respectfully submitted,

10                   Cynthia G. Iliff

11                   _____

12                   P.O. Box 426
                  Poway, CA 92074
13                   (858) 726-0422 (Tel)
                  (858) 748-3486 (Fax)
14

15                   Attorney for Defendant
                  Lewis Lifetime Tools

18 IT IS SO ORDERED.  Please contact Court Call at 866-582-6878 to arrange to appear telephonically.
19 10/4/05
                  Judge Jeremy Fogel /s/electronic signature authorized
20                   United States District Court

27                 2            Case No.C-05-00900 JF
                      DEFENDANT'S MOTION TO APPEAR AT
28                   CASE MANAGEMENT CONFERENCE BY TELEPHONE