MANATT, PHELPS & PHILLIPS, LLP
SUSAN HOLLANDER (Bar No. CA 133473)
Laura M. Franco (Bar No. CA 186765)
Gail I. Nevius Abbas (Bar No. CA 203784)
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:     (650) 812-1300
Facsimile:       (650) 213-0260

Attorneys For Plaintiff
Smith & Hawken, Ltd.

CYNTHIA G. ILIFF (Bar No. CA 149347)
Attorney at Law
P. O. Box 426
Poway, CA 92074
Telephone:     (858) 726-0422
Facsimile:       (858) 748-3486

Attorneys For Defendant
Lewis Lifetime Tools

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SMITH & HAWKEN, LTD.,<br><br>             Plaintiff,<br><br>vs.<br><br>LEWIS LIFETIME TOOLS,<br><br>             Defendant. | Case No. C-05-00900 JF (HRL)<br><br>**STIPULATION AND ORDER TO CONTINUE THE JANUARY 13, 2006 CASE MANAGEMENT CONFERENCE**<br><br>Conf. Date: January 13, 2006<br>Time:  10:30  a.m.<br>Courtroom:  3, 5th Floor<br>Judge:  Hon. Jeremy Fogel |

Plaintiff Smith & Hawken, Ltd. ("Plaintiff") and Defendant Lewis Lifetime Tools ("Defendant"), through their respective counsel, hereby stipulate as follows, pursuant to Local Civil Rules 7-12 and 16-2(e):

1. On or about July 29, 2005, this Court stayed the proceedings in this action pending the resolution of the United States Patent and Trademark Office, Trademark Trial and Appeal

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20148741.1

STIPULATION TO CONTINUE
SETTLEMENT CONFERENCE
Case No. C-05-00900 JF (HRL)

1 Board, proceeding filed by Plaintiff against Defendant to cancel Defendant's United States
2 Trademark Registration No. 2,886,394, the mark at issue in this action.

3     2.    Notwithstanding this stay, on October 7, 2005, this Court held a case management
4 conference, in which the Court referred the parties to Magistrate Judge Lloyd for a settlement
5 conference. The Court also continued the case management conference to January 13, 2006 at
6 10:30 a.m.

7     3.    On November 23, 2005, Magistrate Judge Lloyd issued a Notice of Settlement
8 Conference and Settlement Conference Order, setting a settlement conference with the parties on
9 January 11, 2006.

10     4.    Since that Order, Plaintiff's counsel has learned that it will be in New York City
11 for a trial on the dates January 11 and 13, 2006. Based on this, the parties have jointly requested
12 that the Settlement Conference be continued to February 2 or 3, 2006, and have filed a stipulation
13 and order with the Court requesting the same.

14     5.    Accordingly, the parties request that the continued Case Management Conference,
15 currently scheduled for January 13, 2006 at 10:30 a.m., be continued to a date subsequent to
16 February 3, 2006, so that the parties may report to this Court the result of their Settlement
17 Conference.

18 Dated: December 16, 2005                Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP        CYNTHIA G. ILIFF

BY: _____
Susan E. Hollander
Laura M. Franco
Gail I. Nevius Abbas
Manatt Phelps & Phillips, LLP
1001 Page Mill Road, Bldg. 2
Palo Alto, California 94304
Tel: (650) 812-1300
Fax: (650) 213-0260

P. O. Box 426
Poway, CA 92074
(858) 726-0422 (Tel)
(858) 748-3486 (Fax)

*Attorneys for Defendant*
LEWIS LIFETIME TOOLSs

*Attorneys for Plaintiff*
SMITH & HAWKEN, LTD

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20148741.1          2          STIPULATION TO CONTINUE
SETTLEMENT CONFERENCE
CASE NO. C-05-00900 JF (HRL)

Received Time Dec. 16. 7:36PM

1

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  Dated: _12/21/05_____

4

5  _____s/electronic signature authorized_____
       Hon. ~~Howard R. Lloyd~~ Jeremy Fogel
6  United States ~~Magistrate Judge~~ District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20148741.1

3

STIPULATION TO CONTINUE
SETTLEMENT CONFERENCE
CASE NO. C-05-00900 JF (HRL)