MANATT, PHELPS & PHILLIPS, LLP
SUSAN HOLLANDER (Bar No. CA 133473)
Laura M. Franco (Bar No. CA 186765)
Gail I. Nevius Abbas (Bar No. CA 203784)
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone:   (650) 812-1300
Facsimile:   (650) 213-0260

Attorneys For Plaintiff
Smith & Hawken, Ltd.

CYNTHIA G. ILIFF (Bar No. CA 149347)
Attorney at Law
P. O. Box 426
Poway, CA 92074
Telephone:   (858) 726-0422
Facsimile:   (858) 748-3486

Attorneys For Defendant
Lewis Lifetime Tools

*E-FILED ON 12/22/05*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SMITH & HAWKEN, LTD., <br><br>    Plaintiff, <br><br> vs. <br><br> LEWIS LIFETIME TOOLS, <br><br>    Defendant. | Case No. C-05-00900 JF (HRL) <br><br> **STIPULATION AND ORDER TO CONTINUE THE SETTLEMENT CONFERENCE DATE** |

Plaintiff Smith & Hawken, Ltd. ("Plaintiff") and Defendant Lewis Lifetime Tools ("Defendant"), through their respective counsel, hereby stipulate as follows, pursuant to Local Civil Rule 7-12:

1.   On November 23, 2005, Magistrate Judge Lloyd issued a Notice of Settlement Conference and Settlement Conference Order, setting a settlement conference with the parties on January 11, 2006.

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20148739.1

STIPULATION TO CONTINUE
SETTLEMENT CONFERENCE
Case No. C-05-00900 JF (HRL)

1    2.   Since that Order, Plaintiff's counsel has learned that it will be in New York City
for a trial during January 11, 2006.

3.   The parties have conferred and agreed to reschedule the Settlement Conference with Magistrate Judge Lloyd for February 2 or 3, 2006, as the Court prefers. The parties understand that the Court is available both dates for a Settlement Conference.

4.   Pursuant to the Court's Order, the parties' Settlement Conference Statement and Confidential Settlement Letter shall be due not later than seven (7) calendar days prior to the rescheduled Settlement Conference.

Dated:   December 16, 2005                                  Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP                              CYNTHIA G. ILIFF

BY: _____                               _____
    Susan E. Hollander
    Laura M. Franco                                         P. O. Box 426
    Gail I. Nevius Abbas                                    Poway, CA 92074
Manatt Phelps & Phillips, LLP                               (858) 726-0422 (Tel)
1001 Page Mill Road, Bldg. 2                                (858) 748-3486 (Fax)
Palo Alto, California 94304
Tel:   (650) 812-1300                                       *Attorneys for Defendant*
Fax:   (650) 213-0260                                       LEWIS LIFETIME TOOLSs

*Attorneys for Plaintiff*
SMITH & HAWKEN, LTD


PURSUANT TO STIPULATION, IT IS SO ORDERED. **The settlement conference is continued to February 3, 2006, 9:30 a.m.**

Dated:  December 22, 2005

/s/ Howard R. Lloyd
_____
     Hon. Howard R. Lloyd
     United States Magistrate Judge

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20148739.1                        2                          STIPULATION TO CONTINUE
                                                             SETTLEMENT CONFERENCE
                                                             CASE NO. C-05-00900 JF (HRL)

Received Time Dec.16.  7:36PM