**E-filed 5/1/06**

MANATT, PHELPS & PHILLIPS, LLP
Susan E. Hollander, Esq. (CA Bar No. 133473)
Laura M. Franco, Esq. (CA Bar No. 186765)
1001 Page Mill Road, Bldg. 2
Palo Alto, California 94304
Tel: (650) 812-1300
Fax: (650) 213-0260

Attorneys for Plaintiff
Smith & Hawken, Ltd.

CYNTHIA G. ILIFF (Bar No. CA 149347)
Attorney at Law
P. O. Box 426
Poway, CA 92074
Telephone:   (858) 726-0422
Facsimile:    (858) 748-3486

Attorneys For Defendant
Lewis Lifetime Tools

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SMITH & HAWKEN, LTD.,<br><br>            Plaintiff,<br><br>     vs.<br><br>LEWIS LIFETIME TOOLS,<br><br>            Defendant. | NO. C 05-0900 (JF) (HRL)<br><br>**[~~PROPOSED~~] ORDER SEALING CONFIDENTIAL DOCUMENTS [L.R. 79-5]**<br><br>Judge: Howard R. Lloyd |

      The parties have jointly requested an Order sealing the Consent Judgment and Permanent Injunction ("Judgment"). As set forth in the Declaration of Laura M. Franco submitted in support of the parties' request to file under seal, the document named above contains settlement terms that have been designated by both of the parties hereto as "Confidential."

      Accordingly, the parties would like to request that the court treat the Judgment as "Confidential" due to the nature of the information contained therein. Pursuant to Civil L.R. 79-5(b), the parties have submitted a Miscellaneous Administrative Request to file this document

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

[PROPOSED] ORDER
Case No. C 05-0900 (JF) (HRL)

20152098.1

1  under seal.

2

3  ACCORDINGLY, GOOD CAUSE APPEARING, pursuant to Federal Rule of Civil
4  Procedure 26(c), Civil L.R. 79-5(b), and the Court's inherent authority over the papers filed in
5  this Court:

6  IT IS SO ORDERED

7  Dated: ___4/27_____, 2006

10  The ~~Honorable Howard R. Lloyd~~
    United States ~~Magistrate~~ Judge

11  Judge Jeremy Fogel, US District Court

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

2                                    [PROPOSED] ORDER
                                     Case No. C 05-0900 (JF) (HRL)

20152098.1